IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BOBBY DWAYNE WILLIAMS                                                                    PLAINTIFF

VS.                                       Civil No. 6:13-cv-6004

NURSE ALDRIDGE, Omega Technical
Violator Center; SERGEANT SHORT;
and WARDEN BROWN                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 16, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 35). Judge Bryant recommends that Separate Defendant Nurse Aldridge's Motion to Dismiss (ECF No. 27) be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Nurse Aldridge's Motion to Dismiss should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 7th day of February, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge