IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BOBBY DWAYNE WILLIAMS                                                                    PLAINTIFF

v.                              Civil No.   13-6004

NURSE ALDRIDGE, Omega Technical
Violator Center; SERGEANT SHORT;
and WARDEN BROWN                                                                         DEFENDANTS

**ORDER**

Plaintiff has filed a motion (ECF No. 34) asking the Court to subpoena camera footage from February 14, 2013.  Defendants have responded noting that the motion is improper because it should have been submitted directly to Defendants as a discovery request.  Defendants are correct.

Defendants also state that no such footage exists.  For this reason, the motion (ECF No. 34) is denied.

The Defendants are directed to file a summary judgment motion by **May 27, 2014.**  Once the motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the Court of how he intends to respond.

IT IS SO ORDERED this 24th day of February 2014.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE